# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DONNIE W. LEE, AIS # 145193,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0682-CG-C** |
| **NURSE BLACKMON, et al.,** | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is further ORDERED that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 27th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE